CONSENT TO SUE UNDER
THE FAIR LABOR STANDARDS ACT

I, __Danilo Mera__, am an individual formerly employed by __Milos__ (together, including any successors, affiliates or related entities, "Defendants"). I consent to be a plaintiff in an action to collect unpaid compensation against Defendants.

By: _[signature]_

Name:

Date: __7/26/19__