UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DANILO MERA,
on behalf of himself, FLSA Collective Plaintiffs,
and the Class,

                 Plaintiff,                 Case No.: 1:20-cv-01138

   v.

MILOS HY, INC. d/b/a/ MILOS, MILOS, INC.
d/b/a/ ESTIATORIO MILOS,
CONSTANTINOS SPILIADIS, GEORGE SPILIADIS,
COSTAS SPILIADIS, EVRIDIKI SPILIADIS,
DAVID DANGOOR, and IOANNA SOURIAS

                 Defendants.

---

**NOTICE OF APPEARANCE OF ANNE SEELIG FOR PLAINTIFF**

PLEASE TAKE NOTICE, that the undersigned shall appear as counsel for Plaintiff in the above-captioned matter.

Dated: February 19, 2020

                                       Respectfully submitted,

                                       LEE LITIGATION GROUP, PLLC
                                       Anne Seelig (AS 3976)
                                       148 West 24th Street, 8th Floor
                                       New York, NY 10011
                                       Tel: 212-661-1008
                                       Fax: 212-465-1181
                                       *Attorneys for the Plaintiff*

                                       By: _____
                                            Anne Seelig, Esq.