# Lee Litigation Group, PLLC
148 West 24th Street, Eighth Floor
New York, NY 10011
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct:  212-465-1188
  cklee@leelitigation.com

April 1, 2020

**Via ECF**
The Honorable Lorna G. Schofield, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      **Re:** *Mera v. Milos HY, Inc. et al*
           **Case No. 1:20-cv-01138**

Dear Judge Schofield:

    We are counsel to Plaintiff in the above-captioned action. On February 25, 2020, the Court ordered an Initial Conference set for April 9, 2020 at 10:30 AM. At this time, Defendants have yet to appear on the docket or contact Plaintiff's counsel. As such, the Parties are unable to discuss a joint statement or case management plan to submit to the Court. For the foregoing reasons, Plaintiff requests an adjournment of the Initial Conference until Defendants have appeared on the docket. This is the first request for an adjournment of the Initial Conference.

    We thank the Court for its time and consideration.

Respectfully submitted,

*/s/ C.K Lee*
C.K. Lee, Esq.

cc: all parties via ECF

---

The initial conference set for April 9, 2020, at 10:30 A.M. is adjourned to April 23, 2020, at 10:30 A.M. Pre-conference materials are due on April 16, 2020.

Plaintiffs shall file evidence of service on the docket once service has been completed.

SO ORDERED.

Dated: April 2, 2020
       New York, New York

*Lorna G. Schofield*
**United States District Judge**