# Lee Litigation Group, PLLC

148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:  212-465-1188
cklee@leelitigation.com

April 17, 2020

**<u>Via ECF</u>**
The Honorable Lorna G. Schofield, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

                **Re:**    *Mera v. Milos HY, Inc. et al*
                       <u>**Case No. 1:20-cv-01138**</u>

Dear Judge Schofield:

      We are counsel to Plaintiff in the above-captioned matter. We write to request the Court to adjourn the Initial Conference scheduled on April 23, 2020 at 10:30 A.M.

      On February 25, 2020, the Court ordered an Initial Conference set for April 9, 2020. On April 1, 2020, Plaintiff requested an adjournment of the Initial Conference because Defendants had not appeared on the docket. One day later, the Court issued an order granting adjournment of the Initial Conference, to be set for April 23, 2020 at 10:30 A.M. instead.

      In the Order, the Court stated that "Plaintiffs shall file evidence of service on the docket once service has been completed." However, service has not been completed yet because of the state-wide lockdown. Specifically, on March 7, 2020, Plaintiff sent a service request to United Process Service, Inc., which is a well-known process server company. Unfortunately, due to the ongoing state-wide lockdown due to COVID-19, United Process Service has not been able to process Plaintiff's service to Defendants yet.

      To date, Defendants have yet to appear on the docket or contact Plaintiff's counsel. As such, the Parties are unable to discuss a joint statement or case management plan to submit to the Court. For the foregoing reasons, Plaintiff respectfully requests another adjournment of the Initial Conference until Defendants have appeared on the docket. This is the second request for an adjournment of the Initial Conference.

      We thank the Court for its time and consideration.

Respectfully submitted,

*/s/ C.K Lee*
C.K. Lee, Esq.

cc: all parties via ECF