

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
58 South Service Road
Suite 250
Melville NY 11747
Tel 631-247-0404
Fax 631-247-0417
www.jacksonlewis.com

| ALBANY NY | GREENVILLE SC | MONMOUTH COUNTY NJ | RALEIGH NC |
|---|---|---|---|
| ALBUQUERQUE NM | HARTFORD CT | MORRISTOWN NJ | RAPID CITY SD |
| ATLANTA GA | HONOLULU HI* | NEW ORLEANS LA | RICHMOND VA |
| AUSTIN TX | HOUSTON TX | NEW YORK NY | SACRAMENTO CA |
| BALTIMORE MD | INDIANAPOLIS IN | NORFOLK VA | SALT LAKE CITY UT |
| BIRMINGHAM AL | JACKSONVILLE FL | OMAHA NE | SAN DIEGO CA |
| BOSTON MA | KANSAS CITY REGION | ORANGE COUNTY CA | SAN FRANCISCO CA |
| CHICAGO IL | LAS VEGAS NV | ORLANDO FL | SAN JUAN PR |
| CINCINNATI OH | LONG ISLAND NY | PHILADELPHIA PA | SEATTLE WA |
| CLEVELAND OH | LOS ANGELES CA | PHOENIX AZ | ST. LOUIS MO |
| DALLAS TX | MADISON, WI | PITTSBURGH PA | STAMFORD CT |
| DAYTON OH | MEMPHIS TN | PORTLAND OR | TAMPA FL |
| DENVER CO | MIAMI FL | PORTSMOUTH NH | WASHINGTON DC REGION |
| DETROIT MI | MILWAUKEE WI | PROVIDENCE RI | WHITE PLAINS NY |
| GRAND RAPIDS MI | MINNEAPOLIS MN | | |

*through an affiliation with Jackson Lewis P.C., a Law Corporation

MY DIRECT DIAL IS: 631-247-4661
MY EMAIL ADDRESS IS: NOEL.TRIPP@JACKSONLEWIS.COM

June 25, 2020

**VIA ECF**

Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:  *Danilo Mera v. Milos HY, Inc., et al.*
     Civil Case No.: 20-cv-01138 (LGS)

> Application GRANTED in part and DENIED in part.  The initial conference set for July 2, 2020, at 10:30 A.M. is adjourned to July 23, 2020, at 10:30 A.M.  Pre-conference materials are due on July 16, 2020.  No further extensions to the initial conference date will be granted absent extraordinary circumstances.  All parties must participate in the preparation of pre-conference materials.
>
> Dated: June 26, 2020   New York, New York
>
> *[signature]*
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Dear Judge Schofield:

As recently retained counsel for Defendants in the above matter, we write together with Plaintiff's counsel to request adjournment of the July 2, 2020 court conference and associated ancillary deadlines.  The parties conferred today regarding a process for all Defendants to accept service and for the parties to confer regarding deficiencies in the current Complaint and possible amendment thereof, as well discussions relating to resolution.  We anticipate this process will take at least 30 days and thus request that the initial conference be rescheduled for a date most convenient to the Court on or after August 3, 2020.

We thank the Court for its attention to this matter.

Respectfully submitted,

JACKSON LEWIS P.C.

*Noel P. Tripp*

Noel P. Tripp

cc:  Counsel of Record (*via ECF*)