```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                              :
DANILO MERA,                                  :
                                              :
                          Plaintiff,          :
                                              :          20 Civ. 1138 (LGS)
               -against-                      :
                                              :          ORDER
MILOS NY, INC., et al.,                       :
                                              :
                          Defendants.         :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated June 26, 2020, set the initial conference for July 23, 2020, at 10:30 A.M, and ordered that pre-conference materials are due on July 16, 2020. ECF 33. The Order stated that "[n]o further extensions to the initial conference date will be granted absent extraordinary circumstances." *Id*;

WHEREAS, no pre-conference materials were filed. It is hereby

**ORDERED** that the parties shall file the pre-conference materials on the docket by July 20, 2020, at 1:00 P.M. The parties are reminded to comply with Court orders.

Dated: July 17, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**